No. 97–5340. Barker *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 97–5341. Szuchon *v.* Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 97–5342. Anderson *v.* Groose, Superintendent, Jefferson City Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 97–5344. Lawhorn *v.* Fleming, Warden, et al. C. A. 4th Cir. Certiorari denied.

No. 97–5345. Crawford *v.* Oklahoma et al. Ct. Crim. App. Okla. Certiorari denied.

No. 97–5346. Bailey *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 97–5349. Sones *v.* Mississippi. Sup. Ct. Miss. Certiorari denied.

No. 97–5350. Citizen *v.* Texas. C. A. 5th Cir. Certiorari denied.

No. 97–5351. Borroto *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 97–5352. Anderson *v.* Illinois. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 97–5353. Csorba *v.* ITT Aerospace/Communications Division, Division of ITT Defense & Electronics, Inc. C. A. 7th Cir. Certiorari denied.

No. 97–5355. Johnson *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 97–5356. Maden *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 97–5357. Jones *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 97–5359. Murphy *v.* Bureau of Prisons et al. C. A. 10th Cir. Certiorari denied.